**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JAMES T. O'CONNOR, | ) | 3:13-cv-00513-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SOCIAL SECURITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#5) filed on March 27, 2014, in which the magistrate judge recommends dismissing plaintiff's complaint with prejudice. No objections to the report and recommendation have been filed, and the time for doing so has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and the court hereby accepts and

1

adopts the report and recommendation of the United States Magistrate Judge (#5).  Accordingly, the plaintiff's complaint in this action is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: This 18th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE